ROB SALTZMAN, ESQUIRE
**PLUESE, BECKER & SALTZMAN, LLC**
Attorneys At Law
RS1765
20000 Horizon Way, Suite 900
Mt. Laurel, New Jersey 08054-4318
(856) 813-1700
Attorneys for the Mortgagee
File No. 083859B

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | : | CHAPTER 13 |
| | : | |
| **Karen Rose Uzzolino** | : | CASE NO: 15-28200-CMG |
| Debtor | : | |
| | : | ADVERSARY NO: |

**CERTIFICATE OF CONSENT**

Rob Saltzman, hereby certifies:

(a) A Consent Order Annulling the Automatic Stay Nunc Pro Tunc is being electronically submitted for Judge Gravelle's signature.

(b) The terms of the Consent Order submitted to the Court are identical to those set forth in the original Consent Order;

(c) The signatures represented by the /s/ on the Consent Order submitted to the Court reference the signatures of consenting parties obtained on the original consent order;

(d) I will retain the original Consent Order for a period of seven years from the date of closing of case or adversary proceeding.

(e) I will make the original Consent Order available for inspection upon request of the Court or any party in interest; and

(f) Along with the electronic mailing of the Consent Order and the Certificate of Consent to the Judge, I will simultaneously electronically file the certification of Consent.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

 /s/ Rob Saltzman
Rob Saltzman, Esquire

January 27, 2016