UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2C

Rob Saltzman, Esquire
Pluese, Becker & Saltzman, LLC
RS1765
20000 Horizon Way, Suite 900
Mount Laurel, NJ 08054-4318
(856) 813-1700
Attorneys for the Mortgagee
File No. 083859B

In Re:

Karen Rose Uzzolino

**Order Filed on January 28, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 15-28200-CMG

Hearing Date: N/A

Judge: Christine M. Gravelle

# CONSENT ORDER
## ANNULLING THE AUTOMATIC STAY <u>NUNC</u> <u>PRO</u> <u>TUNC</u>

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED.**

**DATED: January 28, 2016**

*/s/ Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Page 2**
Debtor: Karen Rose Uzzolino
Case No: 15-28200-CMG
Caption of Order: Consent Order Annulling the Automatic Stay Nunc Pro Tunc

This matter having come before the Court on the Application of AJX Mortgage Trust I, a Delaware Trust, Wilmington Savings Fund Society, FSB, Trustee ("AJX Mortgage" or the "Mortgagee"), by and through counsel, Pluese, Becker & Saltzman, LLC, Rob Saltzman, Esquire, appearing and the Debtor, by and through counsel, Peterson & Book, Warren L. Peterson, Esquire, having consented hereto and good cause having been shown; IT is hereby, ORDERED as follows:

1. The automatic stay of Bankruptcy Code Section 362(a) is hereby annulled nunc pro tunc to the Petition filing date validating all proceedings in the foreclosure action captioned Great Ajax Operating v. Joseph A. Uzzolino, et als., Superior Court of New Jersey, Chancery Division, Ocean County, Docket No. F-24928-09, regarding property known as::

**314 Toby Court, Toms River, NJ  08755**

We hereby consent to the form and entry of the within Order.


PLUESE, BECKER & SALTZMAN, LLC          PETERSON & BOOK

By: /s/ Rob Saltzman                                         By: /s/ Warren L. Peterson
    Rob Saltzman, Esquire                                    Warren L. Peterson, Esquire
    Attorneys for the Mortgagee                              Attorney for the Debtor



STANDING CHAPTER 13 TRUSTEE

By:   /s/ Albert Russo
      Standing Chapter 13 Trustee