UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2C

Rob Saltzman, Esquire
Pluese, Becker & Saltzman, LLC
RS1765
20000 Horizon Way, Suite 900
Mount Laurel, NJ 08054-4318
(856) 813-1700
Attorneys' for the Mortgagee
File No. 085701B

In Re:

Karen Rose Uzzolino

Order Filed on February 17, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 15-28200-CMG

Hearing Date: January 6, 2016
Judge: Christine M. Gravelle

Chapter 13

Recommended Local Form    ☒ Followed    __ Modified

# ORDER RESOLVING MOTION TO VACATE STAY
# AND/OR MOTION TO DISMISS
# WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through (3) is hereby **ORDERED.**

**DATED: February 17, 2016**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

| | |
|---|---|
| Applicant: | Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae") |
| Applicant's Counsel: | Rob Saltzman, Esquire |
| Debtor's Counsel: | Warren L. Peterson, Esquire |
| Property Involved ("Collateral"): | 1916 Vermont Avenue, Toms River, NJ  08755 |
| Relief Sought: | ☒  Motion for Relief From the Automatic Stay |

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the following conditions:

1. Status of post-Petition arrearages:

   ☒  Debtor's case was converted to one under Chapter 13 on January 6, 2016.  All Mortgage payments through and including the January 1, 2016 payment and other outstanding pre-conversion charges will be included in the Mortgagee's Proof of Claim.

2. Debtor shall resume post-Peitition payments as follows:

   ☒  Beginning on February 1, 2016, regular monthly mortgage payments shall continue to be made in the amount of $2,712.34.

3. Payments to the Secured Creditor shall be made to the following address(es):

   ☒  Regular monthly payment:

   > Seterus, Inc.
   > PO Box 11790
   > Newark, NJ 07101-4790

4. In the event of Default:

   ☒  If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within fifteen (15) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed

with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor and the Debtor's attorney.

5.     Award of Attorney's Fees:

☒ The Applicant is awarded attorneys fees of $350.00, and costs of $176.00.

The fees and costs are payable:

☒ through the Chapter 13 Plan.